**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-6888**

JAMES THEODORE ROSS,

                                        Plaintiff - Appellant,

        versus

RICHARD BAKER, Superintendent; BROWN, Officer;
MS. HALL, Counselor,

                                        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
99-1603-DKC)

Submitted:  October 26, 1999        Decided:  November 17, 1999

Before WIDENER, MURNAGHAN, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Theodore Ross, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ross v. Baker, No. CA-99-1603-DKC (D. Md. June 17, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Ross's informal brief in this Court recites the same facts as his complaint in the district court but emphasizes the denial of his request for a transfer within the facility. To the extent that these claims were not fully addressed by the district court, we conclude they provide no basis for relief.

2